UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

B. UNITED INTERNATIONAL INC.,

            Plaintiff,

-against-

BRASSERIE D'ACHOUFFE S.A.,

           Defendant.

------------------------------------------------------------ x

07 Civ. No. _____

**RULE 7.1 STATEMENT**

*JUDGE DANIELS*

*07 CV 3655*

*RECEIVED MAY 08 2007 U.S.D.C. S.D.N.Y. CASHIERS*

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Brasserie d'Achouffe S.A. ("d'Achouffe") certifies that d'Achouffe is not a publicly traded company and that it is wholly-owned by Duvel Moortgat NV.

Dated: New York, New York.
       May 8, 2007

Respectfully submitted,

**McDERMOTT WILL & EMERY LLP**

By: _____
    Andrew B. Kratenstein (AK-3910)
    340 Madison Avenue
    New York, New York 10173-1922
    (212) 547-5400

Of Counsel:
Marc E. Sorini
McDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, DC 20005

*Attorneys for Brasserie d'Achouffe S.A.*