## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. §1746 that on May 10, 2007 I caused to be served upon the party listed below by first class mail a true and correct copy of the annexed Answer.

Gary Ettelman, Esq.<br>
Ettelman & Hochheiser, P.C.<br>
100 Quentin Roosevelt Blvd., Suite 401<br>
Garden City, NY 11530

Dated: New York, New York
       May 10, 2007

_____<br>
Bonnie S. Schwab