```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
B. UNITED INTERNATIONAL INC.,                                :
                                                             :
                      Plaintiff,                             :    Civ. No. 07-CV-03655
                                                             :    (GBD) (DFE)
       -against-                                             :
                                                             :
BRASSERIE D'ACHOUFFE S.A.,                                   :
                                                             :
                      Defendant.                             :
                                                             :
                                                             :
------------------------------------------------------------ x
```

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to a settlement agreement by and between the parties hereto, by their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and with the approval of the Court that the above-captioned action be, and the same hereby is, dismissed with prejudice and without costs to any party. The Court will retain jurisdiction over the enforcement of the settlement agreement.



Dated: New York, New York.
July 26, 2007

Respectfully submitted,

**ETTELMAN & HOCHHEISER, P.C.**

By: _____
Gary Ettelman
100 Quentin Roosevelt Blvd., Suite 401
Garden City, NY 11530
(516) 227-6300

*Attorneys for Plaintiff B. United International Inc.*


**McDERMOTT WILL & EMERY LLP**

By: _____
Andrew B. Kratenstein (AK-3910)
340 Madison Avenue
New York, New York 10173-1922
(212) 547-5400

Of Counsel:
Marc E. Sorini
McDERMOTT WILL & EMERY LLP
600 13th Street, NW
Washington, DC 20005

*Attorneys for Defendant Brasserie d'Achouffe S.A.*

SO ORDERED,

AUG 0 3 2007

_____
George B. Daniels
U.S.D.J.
**HON. GEORGE B. DANIELS**